IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina 28612

    Petitioner

v.

JOANN HINKS
220 Barnhart Road
Westminster, Maryland 21157

Serve on:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751

and

THE NATIONAL ASSOCIATION OF
SECURITIES DEALERS
2nd Floor
9509 Key West Avenue
Rockville, Maryland 20850

    Respondents

Civil Action No.:

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:   William B. Young, Jr., Esq.
       Colling, Gilbert, Wright & Carter
       2301 Maitland Center Parkway, Suite 240
       Maitland, Florida 32751

       and

       Karen Weinstein, Esq.
       NASD Registration and Disclosure Department
       2nd Floor
       9509 Key West Avenue

1

Rockville, Maryland 20850

Please take notice that on this 22nd day of May, 2007, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

_____
Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd of May 2007, a copy of the foregoing was sent via first class mail to the following:

Karen Weinstein, Esq.
NASD Registration and Disclosure Department
2nd Floor
9509 Key West Avenue
Rockville, Maryland  20850
*Counsel for the Respondent NASD*


William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751
*Counsel for the Respondent Hinks*

_____
George S. Mahaffey Jr.

859767