IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>JOANN HINKS, ET AL.<br><br>    Respondents | Civil Action No.: 1:07-cv-00965 (RJL) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Petitioner Joseph R. Karsner, IV, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), submits the following Notice of Voluntary Dismissal Without Prejudice and states the following:

    1.    On May 23, 2007, Petitioner commenced the instant matter by filing a Petition to Confirm an arbitration award. Petitioner now voluntarily dismisses, without prejudice, the instant matter.

    2.    Federal Rule of Civil Procedure 41(a)(1) governs the voluntary dismissal of this case.

    3.    Under Rule 41(a)(1), a plaintiff or petitioner may dismiss an action without an order of the court by filing a notice of dismissal before an adverse party files an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1). *See also Swift v. United States*, 318 F.3d 250 (D.C. Cir. 2003).

    4.    No answer or motion for summary judgment has been filed by either of the adverse parties in this case.

WHEREFORE, Petitioner Joseph R. Karsner, IV, voluntarily dismisses the instant matter without prejudice.

Respectfully submitted,


/s/_____

Jeffrey J. Hines, Esq. (#406090)
George S. Mahaffey Jr., Esq. (#MD15083)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June 2007, a copy of the foregoing was sent via ECF filing to the following:

Teri Reicher, Esq.
NASD Registration and Disclosure Department
2nd Floor
9509 Key West Avenue
Rockville, Maryland  20850
*Counsel for the Respondent NASD*

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751
*Counsel for the Respondent Hinks*

/s/_____
George S. Mahaffey Jr.

**859767**